USDC SCAN INDEX SHEET

















ELC   10/4/99   15:56
3:99-M -02554   USA V. COLLINS
*1*
*CRCMP.*

SHW

**FILED**
OCT 4 1999
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'99 mg 2554

Magistrate's Docket No. _____
Case No. _____

COLLINS, Clayton _____, now presented before
(Name of accused)

The Honorable Leo S. Papas _____, United States Magistrate Judge, for arraignment and fixing of bail, has been charged before a United States Magistrate Judge in the ___------------___ District of __Minnesota__ that on or about __09/29/99__, at __St. Paul, Minnesota__ in
(Date of Offense)
violation of United States Code, Title __18__, Section __3148__, the accused violated his conditions of pretrial release.
(Brief Statement of Offense Charged)

and a warrant for his/her arrest was issued the same day by the aforesaid magistrate.

Bond in the sum of __None Set__ has been recommended by the United States Attorney of the district in which charges are pending.

Dated: __October 4, 1999__

Don Allie _____
Name of Affiant

Deputy U.S. Marshal
Title

Lodged with me this ____ day of _____, 19__ in lieu of certified copy of complaint against the accused

United States Magistrate Judge

## Magistrate Information Sheet

1. Dis. Auth_____ 1A. USAO # _____ Ct.#_____ Agency #_____

2. Hg. Date_____ 3. AUSA_____ 4. Mag._____

5. Mat. Wit.: Cust.: NO. Arraign M\W Release M/W Other Def. #___of_____

6. Def Name: COLLINS, Clayton            Soc. Sec. # 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
   Alias: None                            Birth Date 06/25/77
   Address: 370 Salman Road, Ramona, CA

7. Flip? Yes No Charges_____ 8. Arrest Date 10/01/99

Penalties_____ Place of Arrest: San Diego, CA

Agents_____ Phone # :_____ Date Committed 10/01/99

Agency U.S. Marshals Service     Program Category:_____

9. Custody? Yes No      10. Citizenship? U.S. Mex. Other_____

11. INS Status: Res Bcc Illegal Other_____

Prior Deports:_____ Prior VR's_____

Prior Record:_____

Drug Usuage:_____ How Evidenced?_____

Cash on Def. $_____ Other Evidence_____
__Agents Fact Summary:

    Subject arrested at U.S. Pretrial Service Office.

Agents Bail Info. (employment, Family, Etc.)_____

Vehicle Seized (Describe)_____

12. Def. Atty: Apptd. Rtd. To Retain   13. Def. Atty. Name_____

14. Plea: Guilty Count_____ NG Nolo  15. RCD? Yes No  16. Sent_____
            Con't Sent_____                16A. S.A. $_____

17. Dism? Ct. Govt.  18. Next Court for_____  19. Date_____

20. Time_____ and for_____ on_____ at_____

AO 442 (Rev. 5/93) Warrant for Arrest



# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Clayton Collins

CASE NUMBER: MG 99-325 (02) JEC

To:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Clayton Collins
370 Salmon Road
Ramona, California 92065

and bring him or her forthwith to the nearest magistrate judge to answer a Petition and Order

charging him or her with violation of conditions of pretrial release

Ordered by E. S. Swearingen, United States District Court Magistrate Judge

_____                September 29, 1999 - St. Paul, Minnesota
(By) Patricia J. Sabin, Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____          Date of Arrest: _____

_____                 _____
Name and Title of Arresting Officer              Signature of Arresting Officer

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

n:/.../warrant.frm

# UNITED STATES DISTRICT COURT

## FOR

## DISTRICT OF MINNESOTA

U.S.A. vs.: __Clayton Collins__                    Docket No.: __99-MG-325(02)JEC__

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** __Cynthia K. Gigler__, Pretrial Services Officer, presenting an official report upon the conduct of defendant __Clayton Collins__ residing at __370 Salmon Road, Ramona, CA 92065__ and who was placed under Pretrial release supervision by the Honorable __E.S. Swearingen__ sitting in the Court at __Minneapolis__, Minnesota, on the __7th__ Day of __June, 1999, under the following special conditions in part:__

1. Defendant shall report to Pretrial Services as directed.

2. Defendant shall refrain from any use of illegal substances.

3. Defendant shall submit to random drug testing as directed by Pretrial Services.

4. Defendant shall participate in chemical dependency treatment as directed by Pretrial Services.

**RESPECTFULLY PRESENTS PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Defendant tested positive for marijuana on June 9 and June 14, 1999. On June 25, 1999, he began an out-patient chemical dependency treatment program. While participating in this treatment program, defendant tested positive for cocaine on August 24, 1999. This specimen was confirmed positive by PharmChem Laboratories. From August 26 to August 31, 1999, defendant failed to report to the Pretrial Services office as directed. On September 3, 1999, defendant reported to Pretrial Services, and it was strongly suggested that he enter an in-patient treatment program to address his continued drug use. Defendant declined to do so. On September 20 and 22, 1999, defendant tested positive for opiates. He admitted to smoking heroin on September 19 and 21, 1999.

The above actions violate defendant's conditions of release pursuant to 18 U.S.C. 3148.

**PRAYING THAT THE COURT WILL ORDER** that a no bail warrant be issued for defendant's arrest and that a hearing be held to show cause why defendant's bond should not be revoked.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __28th__ Day of __September__, 1999, and ordered filed and made a part of records in the above case.<br><br>_____<br>U.S. District Judge/Magistrate Judge | _Cynthia K. Gigler_<br>Cynthia K. Gigler<br>U.S. Pretrial Services Officer<br><br>Place: __Minneapolis, MN__<br><br>Date: __September 28, 1999__   SEP 2 8 1999 |

FILED _____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____